David L. Hahn
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA  92688
Telephone:    (949) 888-1014
Facsimile: (949) 766-9896

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | ) | Case No. 2:10-12371-BB |
|---|---|---|
| HANUKA, JONATHAN<br>HANUKA, SARAH | )<br>)<br>) | Chapter 7 |
|  | ) | **NOTICE OF SUBMISSION OF** |
|  | ) | **TRUSTEE'S FINAL REPORT TO THE** |
| Debtor. | ) | **OFFICE OF THE UNITED STATES** |
|  | ) | **TRUSTEE** |
|  | ) |  |

Notice is hereby given that the Trustee's Final Report; Application for Trustee's Fees and Expenses; and Report of Proposed Distribution was submitted to the Office of the United States Trustee on October 30, 2010.

DATED: October 30, 2010

_____
DAVID L. HAHN
Chapter 7 Trustee