DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa
Suite 260
Rancho Santa Margarita, CA 92688
Telephone (949) 888-1014

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HANUKA, JONATHAN | § | Case No. 2:10-BK-12371-BB |
| HANUKA, SARAH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID L. HAHN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
255 East Temple Street
Los Angeles, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:00 PM on January 26, 2011 in Courtroom 1475, United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 11/29/2010              By: /s/David L. Hahn
                                           Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re: §
§
HANUKA, JONATHAN § Case No. 2:10-BK-12371-BB
HANUKA, SARAH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,552.43 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 34,552.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID L. HAHN | $ 4,205.24 | $ 0.00 | $ 4,205.24 |
| Trustee Expenses: DAVID L. HAHN | $ 102.36 | $ 0.00 | $ 102.36 |
| Attorney for Trustee Fees: THOMAS CASEY | $ 2,326.00 | $ 0.00 | $ 2,326.00 |
| Attorney for Trustee Expenses: THOMAS CASEY | $ 318.60 | $ 0.00 | $ 318.60 |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY LLP | $ 750.00 | $ 0.00 | $ 750.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,702.20 |
| Remaining Balance | $ | 26,850.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,922.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 3,797.40 | $ 0.00 | $ 560.46 |
| 000002 | Atlas Acquisitions LLC | $ 35,245.12 | $ 0.00 | $ 5,201.89 |
| 000003 | Chase Bank USA, N.A. | $ 3,637.17 | $ 0.00 | $ 536.82 |
| 000004 | Chase Bank USA, N.A. | $ 26,023.43 | $ 0.00 | $ 3,840.84 |
| 000005 | Chase Bank USA, N.A. | $ 10,531.44 | $ 0.00 | $ 1,554.35 |
| 000006 | Chase Bank USA, N.A. | $ 42,435.14 | $ 0.00 | $ 6,263.07 |
| 000007 | Chase Bank USA, N.A. | $ 2,533.45 | $ 0.00 | $ 373.92 |
| 000008 | Chase Bank USA, N.A. | $ 29,655.03 | $ 0.00 | $ 4,376.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Bank, FSB | $ 8,422.37 | $ 0.00 | $ 1,243.07 |
| 000010 | Discover Bank/DFS Services LLC | $ 6,335.67 | $ 0.00 | $ 935.09 |
| 000011 | Chase Bank USA, N.A. | $ 5,671.22 | $ 0.00 | $ 837.02 |
| 000012 | Fia Card Services, NA/Bank of America | $ 7,634.92 | $ 0.00 | $ 1,126.86 |

Total to be paid to timely general unsecured creditors    $    26,850.23

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/David L. Hahn
Trustee

*DAVID L. HAHN*
*22342 AVENIDA EMPRESA, SUITE 260*
*RANCHO SANTA MARGARITA, CA 92688*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: wwesleyC                 Page 1 of 2                   Date Rcvd: Dec 01, 2010
Case: 10-12371                 Form ID: pdf001                Total Noticed: 45


The following entities were noticed by first class mail on Dec 03, 2010.
db/jdb        +Jonathan Hanuka,   Sarah Hanuka,   10701 Wilshire Blvd., Apt 1503,   Los Angeles, CA 90024-4442
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                Sacramento, CA 94280-0001
smg            Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
cr             American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
acc           +Donald T Fife,   Hahn Fife & Company LLP,   790 E Colorado Blvd,   9th Fl,
                Pasadena, CA 91101-2193
25516347      +816 W.Buckingham Pl. Condo,   816 W. Buckingham Place,   Chicago, IL 60657-2302
25516348      +ACS,   PO box 7051,   Utica, NY 13504-7051
25516349      +American Express,   PO Box 981535,   El Paso, TX 79998-1535
26181579       American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
25516350      +Bank of America,   PO box 15184,   Wilmington, DE 19850-5184
25516351      +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
25516352      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
25516354      +Captital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
25516356      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
25516355      +Chase,   P.O. Box 9453,   Wilmington, DE 19809-0453
26181319       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
25516357      +Chase Bank, N.A.,   131 South Deaborn Street,   Floor 5,   Chicago, IL 60603-5571
25516358      +Citi Cards,   P O Box 6401,   The Lakes, NV 88901-6401
25516359      +Citizens,   PO Box 6354,   Fargo, ND 58125-6354
25516360      +Direct Loans,   U.S. Dept of Education,   PO Box 530260,   Atlanta, GA 30353-0260
25516362      +Fifth Third,   38 Fountain Square Plaza,   Cincinnati, OH 45263-0001
25516363      +Harris,   PO box 5043,   Rolling Meadows, IL 60008-5043
25516364      +Harris (BoA),   PO box 15019,   Wilmington, DE 19886-5019
25516366      +Heavner, Scott, Beyers & Mihla,   111 E. Main Street,   Suite 200,   Decatur, IL 62523-1339
25516368      +JP Morgan Chase,   270 Park Ave.,   New York, NY 10017-2014
25516367      +JP Morgan Chase,   c/o Heavner, Scott, Beyers & M,   111 E.Main St., Suite 200,
                Decatur, IL 62523-1339
25516369      +JP Morgan Chase Bank N.A.,   PO Box 260164,   Baton Rouge, LA 70826-0164
25516370      +Kevin W. Mortell,   131 South Dearborn Street,   Floor 5,   Chicago, IL 60603-5571
25516371      +Michael D. Fine,   131 South Dearborn Street,   Floor 5,   Chicago, IL 60603-5571
25516372      +Novibakht Shahryar Family Trus,   10701 Wilshire Blvd, Unit 2201,   Los Angeles, CA 90024-4445
25516373      +Sarah A. Faulkner,   131 South Dearborn Street,   Flooree 5,   Chicago, IL 60603-5517
25516375      +UCLA Dept of Med Prof Grp,   PO Box 24DD5,   Westwood Station,   Los Angeles, CA 90095-0001
25516374      +UCLA Dept of Med Prof Grp,   PO Box 749187,   Los Angeles, CA 90074-9187
25516376      +UCLA Health System,   Ronald Reagan UCLA Med. Center,   Patient Bus. Serv., File 51139,
                Los Angeles, CA 90074-0001
25516377      +UCLA Health System,   PO Box 64460,   Los Angeles, CA 90064-0460
25516378     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO box 6335,   Fargo, ND  58125)
25516379      +Washington Mutual (Chase),   P.O. Box 15298,   Wilmington, DE 19850-5298

The following entities were noticed by electronic transmission on Dec 02, 2010.
aty           +E-mail/Text: msilva@tomcaseylaw.com                             Thomas H Casey,
                Law Office of Thomas H. Casey, Inc. APC,   22342 Avenida Empresa #260,
                Rancho Santa Ma, CA 92688-2141
smg            E-mail/Text: itcdbg@edd.ca.gov                                  Employment Development Dept.,
                Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
25929799      +E-mail/Text: bnc@atlasacq.com                                   Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
25516361       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 02 2010 05:52:07       Discover Card,   PO Box 30943,
                Salt Lake City, UT 84130
26217450       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 02 2010 05:52:07
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
26562468       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2010 06:31:25
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
25516365      +E-mail/Text: bkynotice@harvardcollect.com                       Harvard Collection,
                4839 N. Elston Ave.,   Chicago, IL 60630-2589
26101431       E-mail/PDF: BNCEmails@blinellc.com Dec 02 2010 05:52:20       Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
26125419*    +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
25516353*    +Capital One,   P O Box 30285,   Salt Lake City, UT 84130-0285
                                                                                              TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-2          User: wwesleyC           Page 2 of 2              Date Rcvd: Dec 01, 2010
Case: 10-12371                Form ID: pdf001          Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                    **Signature:**    *Joseph Speetjens*